■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GROVER PURDIE, Appellant. [782 NYS2d 250]—Judgment, Supreme Court, Bronx County (Martin Marcus, J.), rendered July 11, 2002, convicting defendant, after a jury trial, of assault in the first degree, and sentencing him, as a persistent violent felony offender, to a term of 22 years to life, unanimously affirmed.

The verdict was not against the weight of the evidence. Issues of credibility, including the complainant's psychiatric history, were properly considered by the jury and there is no basis for disturbing its determinations (*see People v Gaimari*, 176 NY 84, 94 [1903]). The jury properly rejected defendant's claim that the complainant inflicted her own injuries, and his attempt to repudiate his own confession. Concur—Tom, J.P., Williams, Friedman, Marlow and Sweeny, JJ.